UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-~~2522~~ 2533-TURNOFF

UNITED STATES OF AMERICA,

       Plaintiff,          **STIPULATED ORDER OF DETENTION**

vs.

MICHAEL EVRON,

       Defendant.
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties. The Defendant reserves the right to have a Pretrial Detention Hearing upon his request.

    **DONE AND ORDERED** at Miami, Florida this 20TH day of APRIL, 2012

DAR NO: 10:39:20

                                        **WILLIAM C. TURNOFF**
                                        **UNITED STATES MAGISTRATE JUDGE**

c:   AUSA
      Defense Counsel
      Pretrial Services
      U.S. Marshal