```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                         12-2533-MJ-TURNOFF

THE UNITED STATES OF AMERICA,  )
                               )
         PLAINTIFF,            )
                               )
    VS.                        )
                               )
MICHAEL EVRON,                 )
                               )
         DEFENDANT.            )
_____)

                    (TRANSCRIPT BY DIGITAL RECORDING)

         TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE
HONORABLE WILLIAM C. TURNOFF, IN MIAMI, MIAMI-DADE COUNTY,
FLORIDA, ON APRIL 19, 2012, IN THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    MICHAEL B. NADLER, A.U.S.A.
                       99 NE 4TH STREET
                       MIAMI, FL 33132 - 305 961-9244

FOR THE DEFENDANT:     (NO COUNSEL PRESENT)




                        CARL SCHANZLEH
                    OFFICIAL COURT REPORTER
                       U. S. COURTHOUSE
                  299 E. BROWARD BLVD., 202B
                  FORT LAUDERDALE, FLORIDA 33301
                         954 769-5488
```

```
 1  (MIAMI, MIAMI-DADE COUNTY, FLORIDA; APRIL 19, 2012, IN OPEN
 2  COURT.)
 3           MR. NADLER: GOOD AFTERNOON, YOUR HONOR. MICHAEL
 4  NADLER ON BEHALF OF THE UNITED STATES.
 5           THE COURT: SIR, YOUR NAME AND AGE, PLEASE?
 6           THE DEFENDANT: MICHAEL EVRON, 42.
 7           THE COURT: THIS IS YOUR INITIAL APPEARANCE IN FEDERAL
 8  COURT. YOU ARE CHARGED BY WAY OF AN INDICTMENT OUT OF THE
 9  CENTRAL DISTRICT OF CALIFORNIA WITH CONSPIRACY TO DISTRIBUTE A
10  CONTROLLED SUBSTANCE. WE WILL MAKE A COPY OF THE PAPERWORK
11  AVAILABLE TO YOU.
12           YOU HAVE THE RIGHT TO HIRE YOUR OWN LAWYER. IF YOU
13  CAN'T AFFORD TO HIRE A LAWYER I WILL APPOINT ONE FOR YOU FREE
14  OF CHARGE. YOU HAVE THE RIGHT TO HAVE YOUR LAWYER PRESENT
15  DURING ANY QUESTIONING BY THE AUTHORITIES AND ALL COURT
16  APPEARANCES INCLUDING THIS ONE.
17           YOU HAVE THE RIGHT TO CONSULT WITH YOUR LAWYER BEFORE
18  ANSWERING ANY QUESTIONS. YOU HAVE THE RIGHT TO A BOND HEARING.
19  ANYTHING YOU -- YOU ARE NOT REQUIRED TO MAKE ANY STATEMENT AND
20  ANYTHING YOU SAY CAN BE USED AGAINST YOU.
21           YOU ARE ENTITLED TO A REMOVAL HEARING AT WHICH TIME
22  THE GOVERNMENT IS GOING TO HAVE TO ESTABLISH THAT YOU ARE THE
23  PERSON NAMED IN THE INDICTMENT OUT OF CALIFORNIA. IF THEY DO
24  THAT YOU WILL BE REMOVED TO CALIFORNIA TO ANSWER THESE CHARGES.
25           YOU COULD ALSO GO BACK THERE VOLUNTARILY WITHOUT A
```

1  HEARING.  YOU COULD ALSO REQUEST THE CHARGES BE TRANSFERRED
2  HERE TO MIAMI BUT THAT WOULD ONLY BE FOR THE PURPOSE OF ANY
3  GUILTY PLEA.
4            ACCORDINGLY, WE WILL SET THIS MATTER FOR REMOVAL
5  HEARING FOR MAY 3RD, 2012, AT TEN A.M.
6            ARE YOU GOING TO BE ABLE TO HIRE A LAWYER?
7            THE DEFENDANT:  ACTUALLY I HAD EXPECTED TO HAVE ONE
8  HERE TODAY.  I AM NOT REALLY SURE WHY I DON'T, ALTHOUGH --
9            THE COURT:  DO YOU WANT ME TO APPOINT A LAWYER FOR YOU
10 OR BRING YOU BACK TOMORROW TO SEE WHO YOUR LAWYER IS?
11           THE DEFENDANT:  I'M SORRY?
12           THE COURT:  DO YOU WANT ME TO APPOINT A LAWYER FOR YOU
13 TODAY OR DO YOU WANT ME TO BRING YOU BACK TOMORROW TO GIVE YOU
14 A CHANCE TO CONTACT YOUR LAWYER AND TO HAVE HIM OR HER HERE?
15           THE DEFENDANT:  OH, ACTUALLY THAT SECOND OPTION SOUNDS
16 VERY GOOD IF THAT'S ALL RIGHT.
17           THE COURT:  TOMORROW AT TEN O'CLOCK FOR A REPORT RE:
18 COUNSEL.
19           WHAT'S THE RECOMMENDATION AS TO BOND?
20           MR. NADLER:  THE GOVERNMENT IS SEEKING PRETRIAL
21 DETENTION BASED ON RISK OF FLIGHT AND DANGER TO THE COMMUNITY.
22           THE COURT:  ALL RIGHT.  DO YOU WANT TO PROCEED
23 TOMORROW MORNING AT TEN?
24           MR. NADLER:  YES, YOUR HONOR.
25           THE COURT:  SO ORDERED.

```
 1              YOU WILL BE DETAINED PENDING HEARING TOMORROW AT TEN.
 2              TELL YOUR LAWYER WE ARE GOING TO HAVE A DETENTION
 3  HEARING TOMORROW AT TEN.
 4              THE DEFENDANT:  OKAY.  THANK YOU VERY MUCH.  SHOULD
 5  I --
 6              THE COURT:  HE IS TIMELY DETAINED.
 7              THE CLERK:  (INAUDIBLE)
 8              THE COURT:  THEY HAVE ENTERED AN APPEARANCE --
 9              THE CLERK:  (INAUDIBLE)
10              THE COURT:  WE RECEIVED A CALL AT THE CLERK'S OFFICE
11  FROM A LAW OFFICE IN NEW YORK.  THAT'S AS SPECIFIC AS WE COULD
12  GET.
13              THE DEFENDANT:  OH, I'M SORRY.  WAS THAT INTENDED FOR
14  ME?  SO YOU GUYS GOT A CALL FROM A LAWYER IN NEW YORK SAYING --
15              THE COURT:  THE CLERK'S OFFICE RECEIVED A PHONE CALL
16  FROM A LAW FIRM IN NEW YORK.  THAT'S ALL THE INFORMATION THAT I
17  HAVE.
18              THE DEFENDANT:  I UNDERSTAND.  BUT DOES THAT CHANGE --
19              THE COURT:  IT CHANGES NOTHING.
20              THE DEFENDANT:  OH, I UNDERSTAND.
21              THE COURT:  YOU ARE GOING TO SEE A LAWYER TOMORROW.
22              THE DEFENDANT:  OKAY.  THANK YOU.
23              THE COURT:  OKAY?
24              MR. NADLER:  WERE YOU GOING TO APPOINT A LAWYER --
25              THE COURT:  THAT'S LIKE SAYING WE GOT A CALL FROM AN
```

```
 1  ELDERLY PERSON IN AVENTURA.
 2          MR. NADLER:  I'M SORRY.  I APOLOGIZE.  WERE YOU GOING
 3  TO APPOINT A LAWYER FOR PURPOSES OF THE BOND HEARING TOMORROW?
 4          THE COURT:  I WILL CROSS THAT BRIDGE WHEN I GET TO
 5  THAT, MR. NADLER.
 6          MR. NADLER:  OKAY.  THANK YOU, SIR.
 7          THE COURT:  RIGHT NOW HE IS BEING DETAINED, AND I'M
 8  GIVING HIM A CHANCE TO HAVE HIS OWN LAWYER TOMORROW AT TEN.
 9                              - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

 I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 5 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF MIAMI, FLORIDA, IN THE MATTER THEREIN STATED.

 IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 18TH DAY OF MAY 2012.

```
                              /S/CARL SCHANZLEH
                              CARL SCHANZLEH, RPR-CM
                              OFFICIAL FEDERAL COURT REPORTER
                              299 EAST BROWARD BLVD., 202B
                              FORT LAUDERDALE, FL  33301
                              TELEPHONE 954/769-5488
```