```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                        12-2533-MJ-TURNOFF
 3

 4  THE UNITED STATES OF AMERICA, )
                                  )
 5          PLAINTIFF,             )
                                  )
 6      VS.                       )
                                  )
 7  MICHAEL EVRON,                )
                                  )
 8          DEFENDANT.             )
    _____)
 9
                   (TRANSCRIPT BY DIGITAL RECORDING)
10

11           TRANSCRIPT OF REPORT RE: COUNSEL AND PRETRIAL

12  DETENTION HEARING HAD BEFORE THE HONORABLE WILLIAM C. TURNOFF,

13  IN MIAMI, MIAMI-DADE COUNTY, FLORIDA, ON APRIL 20, 2012, IN THE

14  ABOVE-STYLED MATTER.

15

16
    APPEARANCES:
17
    FOR THE GOVERNMENT:    MICHAEL B. NADLER, A.U.S.A.
18                         99 NE 4TH STREET
                           MIAMI, FL 33132 - 305 961-9244
19
    FOR THE DEFENDANT:     MYLES H. MALMAN, ESQ.
20                         MALMAN MALMAN & ROSENTHAL
                           3107 STIRLING ROAD, SUITE 101
21                         FT. LAUDERDALE, FL 33312 -= 954 322-0065

22
                              CARL SCHANZLEH
23                         OFFICIAL COURT REPORTER
                              U. S. COURTHOUSE
24                       299 E. BROWARD BLVD., 202B
                         FORT LAUDERDALE, FLORIDA 33301
25                            954 769-5488
```

```
 1  APPEARANCES CONTINUED:

 2  FOR THE DEFENDANT:   MARC AGNIFILO, ESQ.
                         BRAFMAN & ASSOCIATES, P.C.
 3                       767 THIRD AVENUE, 26TH FLOOR
                         NEW YORK, NY 10017 - 212 750-7800
 4

 5

 6

 7

 8                       TABLE OF CONTENTS

 9  WITNESSES:                  DIRECT   CROSS REDIRECT RECROSS

10
                         INDEX TO EXHIBITS
11
    EXHIBITS                    MARKED FOR         RECEIVED
12                              IDENTIFICATION   IN EVIDENCE

13  DESCRIPTION                 PAGE     LINE    PAGE     LINE

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   (MIAMI, MIAMI-DADE COUNTY, FLORIDA;  APRIL 20, 2012, IN OPEN
 2   COURT.)
 3             THE COURT:  UNITED STATES VERSUS MICHAEL EVRON,
 4   12-2533.
 5             MR. NADLER:  GOOD MORNING, YOUR HONOR.  MICHAEL NADLER
 6   ON BEHALF OF THE UNITED STATES.
 7             THE COURT:  SIR?
 8             MR. MALMAN:  GOOD MORNING, JUDGE TURNOFF.  HOW ARE YOU
 9   THIS MORNING?
10             MILES MALMAN FOR THE DEFENDANT MICHAEL EVRON.  WITH
11   ME, JUDGE, IS I WOULD LIKE TO INTRODUCE TO THE COURT IS MARC
12   AGNIFILO OF THE -- WHO IS WITH THE BRAFMAN LAW FIRM IN
13   NEW YORK.  HE IS A MEMBER OF THE NEW JERSEY AND NEW YORK BARS.
14   I WOULD LIKE HIM TO BE ABLE TO APPEAR PRO HAC VICE IN THIS
15   MATTER TODAY, JUDGE.
16             THE COURT:  IT'S IN FRONT OF ME, YEAH.  I WON'T GO
17   BEYOND THAT.
18             MR. MALMAN:  YEAH.  HE IS GOING -- WE ARE GOING TO BE
19   WAIVING REMOVAL.  I HAVE KNOWN MR. AGNIFILO FOR MANY YEARS.  HE
20   IS A FORMER ASSISTANT IN NEW JERSEY.  MR. BRAFMAN I HAVE KNOWN
21   FOR ABOUT 30 YEARS FROM THE D.A.'S OFFICE IN MANHATTAN AND I'M
22   PLEASED AND PROUD TO BE ABLE TO --
23             THE COURT:  BY THE WAY, MR. NADLER, MR. MALMAN IS LIKE
24   SOMEBODY YOU SHOULD GET TO KNOW.
25             MR. NADLER:  WE SPOKE BEFORE.
```

```
 1              THE COURT:  OKAY.
 2              MR. NADLER:  YES.
 3              THE COURT:  HE IS A FORMER BIG TIME PROSECUTOR IN
 4   NEW YORK, A BIG TIME PROSECUTOR IN THE U.S. ATTORNEY'S OFFICE,
 5   HIGHLY RESPECTED.
 6              MR. NADLER:  YES.
 7              THE COURT:  A HIGHLY RESPECTED GUY.  YOU OUGHT TO GET
 8   TO KNOW --
 9              MR. NADLER:  I WOULD LIKE TO.
10              THE COURT:  IT IS ONE OF THE BENEFITS YOU GET
11   (UNINTELLIGIBLE) DOING THIS JOB.  HE IS ONE OF THE ONES, OKAY.
12              MR. MALMAN:  THANK YOU, JUDGE.  I'M HUMBLED.
13              THE COURT:  I BUST MR. NADLER'S CHOPS ALWAYS.  HE'S A
14   GOOD GUY.
15              MR. NADLER:  THANK YOU, YOUR HONOR.
16              MR. MALMAN:  JUDGE, THANK YOU.
17              I WOULD LIKE TO ADD TO THE COURT'S QUESTION BEFORE OF
18   WHAT DO YOU CALL A CAT BURGLAR WITH A GUN.  YOU MIGHT ALSO
19   REFER TO THAT INDIVIDUAL AS A CAT WITH A GAFF.
20              THE COURT:  MINE IS BETTER.
21              MR. MALMAN:  I KNOW IT IS.  YOURS IS MUCH MORE LEGAL.
22              THE COURT:  MINE IS MUCH BETTER, MUCH BETTER.
23              SIR, MR. EVRON, YOU NAME AND AGE, PLEASE?
24              THE DEFENDANT:  MICHAEL EVRON, 42.
25              THE COURT:  AND HE IS WANTED IN THE -- WHAT'S THAT,
```

```
 1  CALIFORNIA --
 2          MR. NADLER:  THE CENTRAL DISTRICT.
 3          THE COURT:  -- FOR A DRUG OFFENSE?
 4          MR. NADLER:  THE CENTRAL DISTRICT OF CALIFORNIA.
 5          THE COURT:  OKAY.  AND IT IS HERE FOR A REPORT RE:
 6  COUNSEL AND DETENTION.
 7          WHAT'S HE DOING ABOUT REPORT RE: COUNSEL?
 8          MR. AGNIFILO:  WELL, JUDGE, IT IS JUST --
 9          THE COURT:  FOR MIAMI PURPOSES I HAVE MY OWN KEY
10  NUMBER FOR THAT.  IS IT A PERMANENT APPEARANCE FOR REMOVAL
11  PURPOSES ONLY MIAMI?
12          MR. AGNIFILO:  YES, SIR.
13          THE COURT:  AND THAT WOULD BE YOU, RIGHT?
14          MR. AGNIFILO:  YES, SIR.
15          THE COURT:  OKAY.  SO WE WILL NOTE THAT.  OKAY?
16          MR. NADLER:  YES, SIR.
17          THE COURT:  NOW ARE FOR DETENTION.
18          YOU ARE GOING TO STIPULATE TO THAT AND HAVE THE
19  INITIAL APPEARANCE IN CALIFORNIA?
20          MR. AGNIFILO:  TEMPORARILY WITHOUT WAIVING MR. --
21          THE COURT:  SO ORDERED.  TEMPORARY DETENTION.
22          I WILL SPECIFICALLY ORDER THAT MR. EVRON BE AFFORDED A
23  DE NOVO PRETRIAL DETENTION HEARING AND HIS INITIAL APPEARANCE
24  IN THE CENTRAL DISTRICT OF CALIFORNIA.  OKAY?  THAT COVERS
25  THAT.
```

1        MR. NADLER:  YES, YOUR HONOR.
2        THE COURT:  AND NOW YOU WANTED TO WAIVE REMOVAL,
3 CORRECT?
4        MR. AGNIFILO:  YES.  WE HAVE A WRITTEN WAIVER OF
5 REMOVAL.  I HAVE SIGNED THIS WAIVER, THE DEFENDANT HAS SIGNED.
6 I HAVE GIVEN IT TO THE COURTROOM DEPUTY.
7        THE COURT:  MR. EVRON, YOU UNDERSTAND THAT YOU HAVE A
8 RIGHT TO A HEARING AT WHICH TIME THE GOVERNMENT WOULD HAVE TO
9 ESTABLISH THAT YOU ARE THE PERSON NAMED IN THE INDICTMENT OUT
10 IN CALIFORNIA.  IF THEY DO THAT YOU WOULD BE REMOVED TO
11 CALIFORNIA TO ANSWER THESE CHARGES.
12        YOUR LAWYER INDICATES THAT YOU WISH TO GIVE UP YOUR
13 RIGHT TO THAT REMOVAL HEARING AND TO VOLUNTARILY GO BACK TO
14 CALIFORNIA TO ANSWER THESE CHARGES, IS THAT CORRECT?
15        THE DEFENDANT:  YES, IT IS.
16        THE COURT:  DO YOU UNDERSTAND EVERYTHING AND THIS IS A
17 VOLUNTARY DECISION ON YOUR PART?
18        THE DEFENDANT:  IT IS.
19        THE COURT:  I WILL ACCEPT THE WAIVER AND ORDER HIS
20 REMOVAL TO THE CENTRAL DISTRICT OF CALIFORNIA TO ANSWER THE
21 OUTSTANDING INDICTMENT.  HE WILL BE PRETRIAL DETAINED PENDING
22 HIS INITIAL APPEARANCE IN FEDERAL COURT IN CALIFORNIA.
23        MR. AGNIFILO:  JUDGE, THERE WAS ONE OTHER ISSUE.  HE
24 HAS SOME MEDICAL CONDITIONS FOR WHICH HE WAS RECEIVING PAXIL AS
25 A PRESCRIBED DRUG.  I KNOW THAT THE COURT HAS LITTLE AUTHORITY

```
 1   HERE, BUT --
 2           THE COURT:  I HAVE A LOT OF AUTHORITY.  I NEVER
 3   EXERCISE BECAUSE I HAVE MAKE REQUESTS AND I HAVE NEVER HAD ANY
 4   PROBLEMS WITH THE MARSHALS.
 5           MR. AGNIFILO:  WE WOULD REQUEST THAT HE GETS PAXIL,
 6   JUDGE.
 7           THE COURT:  HERE IS WHAT YOU DO.  OKAY?
 8           MR. NADLER:  THE GOVERNMENT WILL WORK WITH DEFENSE
 9   TOO.
10           THE COURT:  OKAY.  YOU GET -- YOU DO IT.  IF YOU HAVE
11   ANY PROBLEM, WHICH I NEVER HAD IN 27 YEARS, YOU COME BACK TO ME
12   AND I WILL GIVE YOU AN ORDER, WHICH I NEVER HAVE HAD TO DO.
13   JUST MAKE SURE -- YOU ARE HIS LAWYER, CONSULT WITH THE
14   AUTHORITIES OVER AT FDC, THE MARSHALS, MR. NADLER WILL HELP
15   YOU.  HE'S GOT TO GET HIS PAXIL, AND IF YOU HAVE ANY PROBLEMS I
16   AM HERE.
17           MR. AGNIFILO:  THANK YOU, JUDGE.
18           THE COURT:  THAT'S NEVER BEEN AN ISSUE.
19           MR. NADLER:  THANK YOU SO MUCH.  I REALLY APPRECIATE
20   IT.
21           THE COURT:  IS THAT IT?
22           MR. AGNIFILO:  YES, SIR.
23           MR. NADLER:  THAT'S IT FROM THE GOVERNMENT, YOUR
24   HONOR.
25           THE COURT:  WE WILL BE IN RECESS.
```

```
 1
 2
 3                    C E R T I F I C A T E
 4
 5
 6  UNITED STATES OF AMERICA
 7  SOUTHERN DISTRICT OF FLORIDA
 8
 9
10        I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED
11  STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO
12  HEREBY CERTIFY THAT THE FOREGOING 7 PAGES CONSTITUTE A TRUE
13  TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN
14  THE CITY OF MIAMI, FLORIDA, IN THE MATTER THEREIN STATED.
15        IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS
16  18TH DAY OF MAY 2012.
17
18                              /S/CARL SCHANZLEH
                                CARL SCHANZLEH, RPR-CM
19                              OFFICIAL FEDERAL COURT REPORTER
                                299 EAST BROWARD BLVD., 202B
20                              FORT LAUDERDALE, FL   33301
                                TELEPHONE 954/769-5488
21
22
23
24
25
```